# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137213

ATLANTIC NATIONAL TRUST, LLC, d/b/a
ATLANTIC CAPITAL INVESTMENT, LLC,
     Plaintiff-Appellant,

v

MIDWEST MACHINE TECHNOLOGIES, LLC,
MIDWEST MACHINE & MANUFACTURING
COMPANY, MIDWEST TECHNOLOGY,
INC., COMMUNITY SHORES BANK, and
ROBERT E. PRATEL,
     Defendants,

and

HUNTINGTON NATIONAL BANK,
     Defendant-Appellee.

SC: 137213
COA: 273083
Muskegon CC: 02-041646-CH

_____/

On order of the Court, the application for leave to appeal the June 5, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

d0720